UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH JESUS LOPEZ, | ) | CASE NO. 1:04CV391 |
| | ) | |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

CHRISTOPHER A. BOYKO, J.:

On February 1, 2007, this Court entered a non-document order dismissing Petitioner's Motion to Disqualify. Further, on April 2, 2007, this Court entered a non-document order denying Petitioner's Motion for Order to Consolidate. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from these decisions could not be taken in good faith.

IT IS SO ORDERED.

DATE: 5/18/07

FILED
MAY 18 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

CHRISTOPHER A. BOYKO
United States District Judge