UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH JESUS LOPEZ, | ) | CASE NO. 1:04CV391 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| Defendant. | ) | |

CHRISTOPHER A. BOYKO, J.:

Regarding this Court's dismissal of Petitioner's Motion to Disqualify and denial of Petitioner's Motion for Order to Consolidate, the Court has certified, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from these decisions could not be taken in good faith. Furthermore, Petitioner has not made a substantial showing of the denial of a constitutional right; therefore, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

IT IS SO ORDERED.

DATE: 5/23/07

CHRISTOPHER A. BOYKO
United States District Judge

FILED
MAY 23 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND